EXHIBIT 2

## Voyage Calculation Spreadsheet

Copyright 1994-1996 Type: 3/3
@CB-Soft Ver.1.07

| Vessel: | mv medi tokyo / Kremikovtzi | DWAT: | 74,000 |
|---|---|---|---|

25-May-06

| | | | | | |
|---|---|---|---|---|---|
| IFO price | $265.00 | Full speed: | 14.0Kts | IFO full 34.00Mts | MDO at sea: .00Mts |
| MDO price | $525.00 | Eco-speed: | 14.0Kts | IFO Eco: 34.00Mts | MDO Idle: .00Mts |
| | | Ballast speed: | 14.0Kts | IFO Ball.: 34.00Mts | MDO w/w: .00Mts |
| | | Safety factor: | 0.00% | | IFO in port: 3.00Mts |

| Cargo #1 qty | 73000Mts | Cargo type: | ore |
|---|---|---|---|
| Cargo #2 qty | Mts | Cargo type: | |
| Cargo #3 qty | Mts | Cargo type: | |
| Total Cargo: | 73000Mts | | |

| Load 1: | tubarao | | Disch 1: | bourgas |
|---|---|---|---|---|
| Load 2: | | | Disch 2: | |
| Load 3: | | | Disch 3: | |

| | | | | | |
|---|---|---|---|---|---|
| Ballast from: | passero | | | | |
| Ballast: | 14.73 Days | 4950 Miles | Loadtime tubarao | 3.04 | |
| Loadport 1: | tubarao | | | | |
| Quantity: | 73000Mts | Time counting | Dischtime bourgas | 6.08 | |
| Load rate: | 24000Mt/day | shinc | | | |
| Port exps | $45,000.00 | | | | |
| Liner exps: | $0.00 | total | Extra days | 0.00 | |
| | | | Total Days in Port | 9.13 | |
| Dist 1/2 | .00 Days | Miles | | | |
| | | | Ballast from passero to tubarao | 14.73 | 14.00 Kn |
| Loadport 2: | -- | | | | |
| Quantity: | Mts | Time counting | | | |
| Load rate: | Mt/day | spmshex | tubarao to bourgas | 17.47 | 14.00 Kn |
| Port exps | $0.00 | | | | |
| Liner exps: | $0.00 | total | Postballast | 2.91 | 14.00 Kn |
| | | | Total Steaming time | 35.12 | |
| Dist 2/3 | .00 Days | Miles | | | |
| | | | Voyage total time | 44.24 | |
| Loadport 3: | -- | | | | |
| Quantity: | Mts | Time counting | | | |
| Load rate: | Mt/day | spmshex | Port Exps tubarao | $45,000.00 | |
| Port exps | $0.00 | | | | |
| Liner exps: | $0.00 | total | | | |
| Ocean Dist | 17.47 Days | 5870 Miles | | | |
| Dischport 1: | bourgas | | Port Exps bourgas | $45,000.00 | |
| Quantity..: | 73000Mts | Time counting | | | |
| Disc rate | 12000Mt/day | shinc | | | |
| Port exps | $45,000.00 | | | | |
| Liner exps: | $0.00 | total | | | |
| Dist D1/2 | .00 Days | Miles | Total Port & Liner cost | $90,000.00 | |

| | | | Mtons |
|---|---|---|---|
| Dischport 2: -- | MDO cost at Sea | $0.00 | 0.00 |
| Quantity..: Mts Time counting | MDO cost in Port W/W | $0.00 | 0.00 |
| Disc rate Mt/day shinc | MDO cost in port idle | $0.00 | 0.00 |
| Port exps $0.00 | Total MDO cost | $0.00 | 0.00 |
| Liner exps: $0.00 total | | | |
| | IFO Cost Ballasting: | $158,988.96 | 599.96 |
| Dist D2/3 .00 Days Miles | IFO Cost Steaming: | $157,406.85 | 593.99 |
| | IFO Cost in Port: | $7,254.38 | 27.38 |
| Dischport 3: -- | Total IFO cost | $323,650.18 | 1221.32 |
| Quantity..: Mts Time counting | | | |
| Disc rate Mt/day shinc | Insurance expenses | $20,000.00 | |
| Port exps $0.00 | Extra expenses | $15,000.00 | |
| Liner exps: $0.00 total | Total Side expenses | $35,000.00 | |
| | | | |
| Canal exps: $0.00 | Total expenses | $448,650.18 | |
| | | | |
| Postballast 2.91 Days 979 Miles | | | |

| Vessel's daily cost: | $11,068 | Ballast bonus | $0.00 |
|---|---|---|---|
| Total hire cost: | $489,660.18 | Cost / mton cgo gross | $13.71 |
| Total expenses: | $448,650.18 | | |
| Total voyage cost: | $938,310.36 | Net-freight per mton | $22.03 |
| Net-freight total: | $1,608,281.25 | | |
| Voyage Result: | $669,970.89 | T/C-equivalent | $26,211.64 |

| Freight | Per mton | Comm | Total nett | Net frt/mt |
|---|---|---|---|---|
| Cargo number 1: | $23.50 | 6.25% | $1,608,281.25 | $22.03 |
| Cargo number 2: | $0.00 | 0.00% | $0.00 | $0.00 |
| Cargo number 3: | $0.00 | 0.00% | $0.00 | $0.00 |
| Averages | $23.50 | 6.25% Total nett | $1,608,281.25 | $22.03 |

| Gross Freights on TC-equivalents | | | TC-Equivalents on Net-Freights | | Net frt |
|---|---|---|---|---|---|
| Daily Hire | $11,568 = | $14.03 /Mts | Freight + | $0.00/mt: | $26,211.64 $22.03 |
| Daily Hire | $11,468 = | $13.97 /Mts | Freight + | $0.00/mt: | $26,211.64 $22.03 |
| Daily Hire | $11,368 = | $13.90 /Mts | Freight + | $0.00/mt: | $26,211.64 $22.03 |
| Daily Hire | $11,268 = | $13.84 /Mts | Freight + | $0.00/mt: | $26,211.64 $22.03 |
| Daily Hire | $11,168 = | $13.78 /Mts | Freight + | $0.00/mt: | $26,211.64 $22.03 |
| Daily Hire | $10,968 = | $13.65 /Mts | Freight - | $0.00/mt: | $26,211.64 $22.03 |
| Daily Hire | $10,868 = | $13.58 /Mts | Freight - | $0.00/mt: | $26,211.64 $22.03 |
| Daily Hire | $10,768 = | $13.52 /Mts | Freight - | $0.00/mt: | $26,211.64 $22.03 |
| Daily Hire | $10,668 = | $13.45 /Mts | Freight - | $0.00/mt: | $26,211.64 $22.03 |
| Daily Hire | $10,568 = | $13.39 /Mts | Freight - | $0.00/mt: | $26,211.64 $22.03 |