447-05/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PHOENIX BULK CARRIERS LTD.,

          Plaintiff,

-against-

KREMIKOVTZI TRADE a/k/a
KREMIKOVTZI TRADE LTD.,

          Defendant.
-------------------------------------------------------------x

05 CIV _____ (9559)

**RULE 7.1 STATEMENT**

      Plaintiff PHOENIX BULK CARRIERS LIMITED, by and through undersigned attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a nongovernmental corporate entity that has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       November 10, 2005

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff PHOENIX BULK CARRIERS LTD.

                          By: _____
                             Peter J. Gutowski (PG 2200)
                             Lawrence J. Kahn (LK 5215)
                             80 Pine Street
                             New York, NY 10005
                             (212) 425-1900
                             (212) 425-1901 fax

NYDOCS1/249320.1