USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-05

JUDGE MARRERO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHOENIX BULK CARRIERS LTD.,    05 CV 9559

        Plaintiff,

  -against-             **ORDER APPOINTING SPECIAL**
                                      **PROCESS SERVER PURSUANT**
KREMIKOVTZI TRADE a/k/a        **TO F.R.C.P. RULE 4(c)**
KREMIKOVTZI TRADE LTD.,

        Defendant.
------------------------------------------------------------x

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Peter J. Gutowski, sworn to on November 10, 2005, and good cause having been shown, it is hereby

**O R D E R E D** that Peter Gutowski, Lawrence Kahn, Daniel Fitzgerald, Pamela Schultz, Jill Taft, Kerry Dinneen, Michael Elliott, Andrea Campbell, Robert Ridenour, Joan Sorrentino, or any other partner, associate, paralegal or agent of Freehill Hogan & Mahar, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets for, or on account of, Defendant.

Dated: New York, New York
       November 14, 2005

                                                                  _____
                                                                     Victor Marrero
                                                                        U.S.D.J.

NYDOCS1/249310.2