LAW OFFICES OF SIMON HARTER, ESQ.
Attorneys for GSHL Bulgaria S.A.
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 - Phone
(212) 979-0251 -Fax
Simon Harter (SH-8540)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PHOENIX BULK CARRIERS, LTD, | : |
| Plaintiff, | :     **05-CV-9559 (VM)** |
| -against- | : |
| KREMIKOVTZI TRADE, a/k/a KREMIKOVTZI TRADE LTD., | : |
| Defendant. | :     **RULE 7.1 STATEMENT** |

---

      GSHL Bulgaria S.A., by and through undersigned counsel, Law Offices of Simon Harter, Esq., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and subject in all respects to its restricted appearance in this matter pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Cases of the Federal Rules of Civil Procedure, certifies that its parent corporation is Herfstblad Administratiekantoor B.V. and that no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
February 3, 2006

                LAW OFFICES OF SIMON HARTER, ESQ.
                Attorneys for GSHL Bulgaria S.A.

By: *[signature]*
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 (Phone)
(212) 979-0251 (Fax)

## CERTIFICATE OF SERVICE

I, Simon Harter, Esq., a member of the Bar of the State of New York and This Court, hereby certify that on this 3rd day of February, 2006, I did hereby serve a copy of the foregoing upon:

    Peter Gutowski, Esq.
    Freehill, Hogan & Mahar LLP
    80 Pine Street
    New York, New York 10010
    Attorneys for Plaintiff

by submission of this document to the Electronic Case Filing system pursuant to Rule 9 of the Procedures for Electronic Case Filing (March 6, 2003) of this Court.

By: *[signature]*
Simon Harter (SH-8540)