LAW OFFICES OF SIMON HARTER, ESQ.
Attorneys for GSHL Bulgaria S.A.
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 - Phone
(212) 979-0251 -Fax
Simon Harter (SH-8540)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BULK CARRIERS, LTD, | : |
| | : |
| Plaintiff, | : **05 – CV – 9559 (VM)** |
| | : |
| -against- | : |
| | |
| KREMIKOVTZI TRADE, a/k/a | : |
| KREMIKOVTZI TRADE LTD., | **NOTICE OF RESTRICTED** |
| | : **APPEARANCE PURSUANT TO** |
| Defendant. | **SUPPLEMENTAL RULE E(8)** |
| | : |

GSHL Bulgaria S.A., by and through undersigned counsel, Law Offices of

Simon Harter, Esq., hereby enters a restricted appearance in this matter pursuant to Rule

E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal

Rules of Civil Procedure for the sole purpose of moving this Court for an Order or

Orders: (1) vacating Plaintiff's wrongful attachment of funds belonging to GSHL Bulgaria

S.A., a non-party to this action and against which no claims have been stated by Plaintiff;

and, (2) quashing or, in the alternative, modifying a subpoena issued by Plaintiff to The

Bank of New York for the production of GSHL Bulgaria S.A.'s banking records and correspondence.

Dated:    New York, New York
          February 3, 2006

                              LAW OFFICES OF SIMON HARTER, ESQ.
                              Attorneys for GSHL Bulgaria S.A.

          By:     _____
                  Simon Harter (SH-8540)
                  304 Park Avenue South – 11th Floor
                  New York, New York 10010
                  (212) 979-0250 (Phone)
                  (212) 979-0251 (Fax)

                      CERTIFICATE OF SERVICE

          I, Simon Harter, Esq., a member of the Bar of the State of New York and This Court, hereby certify that on this 3rd day of February, 2006, I did hereby serve a copy of the foregoing upon:

                              Peter Gutowski, Esq.
                              Freehill, Hogan & Mahar LLP
                              80 Pine Street
                              New York, New York 10010
                              Attorneys for Plaintiff

          by submission of this document to the Electronic Case Filing system pursuant to Rule 9 of the Procedures for Electronic Case Filing (March 6, 2003) of this Court.

          By:     _____
                  Simon Harter (SH-8540)

                              - 2 -