GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
BARBARA G. CARNEVALE*
DOLORES N. O'LEARY*
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*
JILL A. TAFT

*ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF

# FREEHILL HOGAN & MAHAR LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

February 9, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/06

Our Ref: 447-05/PJG/

No. of pages: 2

Via Telefax - 212-805-6382

Honorable Victor Marrero
United States District Judge
Southern District of New York
40 Centre Street, Suite 414
New York, New York 10007

    Re:  Phoenix Bulk Carriers Ltd. v.
          Kremikovtzi Trade
          Civil Action No. 05-CV-9559 (VM)

Dear Judge Marrero,

       We represent the Plaintiff in the captioned action and write jointly on behalf of our client and the Defendant to request a slight adjustment in the hearing scheduled for February 17, 2006 on Defendant's application for leave to file a motion concerning our attachment. As it turns out, both the undersigned and counsel for the Defendant are unavailable that day, the undersigned traveling and defense counsel being involved as a judge in a moot court competition.

       Under these circumstances, would it be possible to shift that hearing to either Wednesday, February 15 or Thursday, February 16, both of which are open for counsel.

       We thank the Court for its attention to this request and apologize for any inconvenience it may present.

PLEASE NOTE: The information contained in this fax is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

NYDOCS1/254452.1

February 9, 2006
Page 2

Respectfully submitted,
FREEHILL, HOGAN & MAHAR LLP

Peter J. Gutowski

PJG:mjg

cc: Law Offices of Simon Harter, Esq.
    Attn: Simon Harter, Esq.
    Fax. No. 212-979-0251

---

Request GRANTED. The next
conference herein is rescheduled to 2-16-06
at 4:30 p.m.

**SO ORDERED.**

2-10-06
DATE                VICTOR MARRERO, U.S.D.J.

---

NYDOCS1/254452.1