UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHOENIX BULK CARRIERS LTD,

                          Plaintiff(s),

   - against -

KREMIKOVTZI,   Defendant(s).

------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

05 Civ. 9559 (VM)(JCF)

**VICTOR MARRERO, United States District Judge.**

This action is referred to the designated Magistrate Judge for the following purpose(s):

| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |

___ Specific Non-Dispositive Motion/Dispute:*

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

___ Social Security

___ Settlement*

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

___ Inquest After Default/Damages Hearing

Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

---

     The parties are directed that henceforth all correspondence pertaining to case management, scheduling and pretrial proceedings, including amendments of an approved Case Management Plan, extensions of any deadlines, discovery disputes, non-dispositive pretrial motions, and any other proceedings prior to the completion of all discovery, shall be addressed to the designated Magistrate Judge in the first instance, except as may be otherwise authorized by the Court or the Magistrate Judge, and provided that with regard to matters referred to the Magistrate Judge on consent under 28 U.S.C. § 636(c), all such communications shall be addressed solely to the Magistrate Judge.

**SO ORDERED.**

DATED:   New York, New York
               17 February 2006

                                                           VICTOR MARRERO
                                                           United States District Judge