AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Phoenix Bulk Carriers, Ltd.
v.
Kremikovtzi Trade a/k/a Kremikovtzi

APPEARANCE

Case Number: 05-CV-9559 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Intervenor, GSHL Bulgaria S.A., making a restricted appearance in this matter pursuant to Rule E(8) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure

I certify that I am admitted to practice in this court.

February 3, 2006
Date

Signature

Simon Harter        SH-8540
Print Name          Bar Number

304 Park Avenue South - 11th Floor
Address

New York        NY        10010
City            State     Zip Code

(212) 979-0250      (212) 979-0251
Phone Number        Fax Number