Law Offices of
# SIMON HARTER, Esq.
sharter@harterlaw.com

304 Park Avenue South – 11ᵗʰ Floor
New York, New York 10010
Tel: (212) 979-0250
Fax: (212) 979-0251

20 Nassau Street – Suite 211
Princeton, New Jersey 08542
Tel: (609) 688-8330
Fax: (609) 688-8331

February 21, 2006

*Via Telecopier (212) 805-6382*
Honorable Victor Marrero
United States District Judge
Southern District of New York
40 Centre Street – Suite 414
New York, New York 10007

> Re:    Phoenix Bulk Carriers Ltd. vs.
>          Kremikovtzi Trade a/k/a Kremikovtzi Trade Ltd.
>          Civil Action No.: 05-CV-9559 (VM)

Dear Judge Marrero:

We represent GSHL Bulgaria S.A. in the above matter and write in response to the Court's Oorders entered February 17, 2006 confirming the Court's rulings at the pre-motion conference held on February 16, 2006 and referring this matter to a Magistrate Judge for general pre-trial matters respectively.

In Your Honor's Order denying our motion to quash Plaintiff's subpoena to The Bank of New York, it is stated that this matter is being referred

February 21, 2006
Page 2

to Magistrate Judge Pitman, whereas the Order of Reference appears to indicate

the initials "JCF" of Magistrate Judge Francis.

We would appreciate any clarification the Court deems necessary.

Respectfully submitted,

Simon Harter

cc: *Via Telecopier (212) 425-1901*
    Peter Gutowski, Esq.
    Freehill, Hogan & Mahar LLP
    Attorneys for Plaintiff

    *Via Telecopier (215) 563-2583*
    Carl Buchholz, Esq.
    Rawle & Henderson
    Attorneys for The Bank of New York

This case was referred to Magistrate Judge Pitman, as stated in the Order. The case number listing on the referral form incorrectly indicated the initials of Magistrate Judge Francis and an incorrect number.

SO ORDERED:

2-21-06
DATE

VICTOR MARRERO, U.S.D.J.