USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-06

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
PHOENIX BULK CARRIERS LTD.,         :
                    Plaintiff,      :   05 Civ. 9559 (VM)(HBP)
     -against-                      :   ORDER
KREMIKOVTZI TRADE, a/k/a            :
"Kremikovtzi Trade Ltd.,"
                                    :
                    Defendant.
                                    :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

Plaintiff's application for an extension of time to complete discovery is granted. Judge Marrero originally provided that plaintiff would have approximately six weeks after intervenor GSHL finished document production to complete discovery. It is unfair to cut plaintiff's discovery period short solely because GSHL has been sluggish in producing its documents and doing so would effectively create a right on GSHL's part to alter unilaterally the schedule contemplated by Judge Marrero.

Accordingly, the deadline to complete discovery is extended to six weeks from the completion of GSHL's document production.

Apart from the scheduling issue resolved by this Order, I do not understand plaintiff and GSHL to have any other discovery issues that a ripe for resolution at this time. Should any other issues exist, counsel are directed to fax my chambers

promptly with a description of the issue and counsel's arguments concerning the issue.

Dated: New York, New York
       April 5, 2006

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Peter J. Gutowski, Esq.
Freehill, Hogan & Mahar LLP
80 Pine Street
New York, New York 10005

Simon Harter, Esq.
11th Floor
304 Park Avenue South
New York, New York 10010