```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
PHOENIX BULK CARRIERS LTD.,        :
                       Plaintiff,  :   05 Civ. 9559 (VM)(HBP)
     -against-                     :   ORDER
KREMIKOVTZI TRADE, a/k/a           :
"Kremikovtzi Trade Ltd.,"
                                   :
                       Defendant.
                                   :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-13-06

PITMAN, United States Magistrate Judge:

Intervenor GSHL's application for reconsideration of my April 5, 2006 Order is granted in part. Upon reconsideration, the time to complete discovery is extended to six weeks from the completion of document production in response to the subpoena that plaintiff served on the Bank of New York and that was the subject of Judge Marrero's February 17, 2006 Order.

In all other respects, I adhere to my April 5, 2006 Order.

Dated: New York, New York
       April 13, 2006

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Peter J. Gutowski, Esq.
Freehill, Hogan & Mahar LLP
80 Pine Street
New York, New York 10005

Simon Harter, Esq.
11th Floor
304 Park Avenue South
New York, New York 10010