

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 - 24 - 06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
PHOENIX BULK CARRIERS LTD.,          :
                                     :    05 Civ. 9559 (VM)
              Plaintiffs,            :
                                     :
     -  against  -                   :
                                     :
KREMIKOVTZI TRADE, et al.,           :
                                     :
              Defendants.            :
------------------------------X
FINO MARINE S.A., et al.             :
                                     :    05 Civ. 10320 (VM)
              Plaintiffs,            :
                                     :
     - against -                     :
                                     :
KREMIKOVTZI TRADE, et al.,           :
                                     :
              Defendants.            :
------------------------------X
D'AMATO FRATELLI SPA,                :
                                     :    05 Civ. 10585 (VM)
              Plaintiffs,            :
                                     :
     - against -                     :
                                     :    **ORDER**
              Defendants.            :
------------------------------X

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers failed
with the Court in connection with the three cases captioned
above, and in response to a letter dated May 12, 2006 from
GSHL Bulgaria S.A., a copy of which is attached, the Court
scheduled a conference on May 19, 2006 to consider whether
these actions should be consolidated for pretrial purposes.
As discussed at that conference, because the three actions
involve the same or substantially similar underlying events

and operative facts, and assert the same or substantially
similar claims against the same defendants, and plaintiffs are
seeking to obtain security interests for enforcement purposes
in funds held in the same bank account allegedly belonging to
defendants herein, the Court is persuaded that consolidation
is appropriate.  Accordingly, it is hereby

**ORDERED** that all submissions to the Court in connection
with the consolidated action be filed against the remaining
lower Docket No. 05 Civ. 9559, and it is finally

**ORDERED** that the Clerk of Court close the referenced
higher numbered cases, Docket Nos. 05 Civ. 10320, and 05 Civ.
10585, as a separate action and remove them from the Court's
docket.

**SO ORDERED.**

Dated:      New York, New York
            22 May 2006

                                    VICTOR MARRERO
                                    U.S.D.J.

-2-

# ORIGINAL

Law Offices of
**SIMON HARTER, Esq**

sharter@harterlaw.com

RECEIVED

MAY 15 2006

CHAMBERS OF
JUDGE MARRERO

304 Park Avenue South – 11th Floor
New York, New York 10010
Tel: (212) 979-0250
Fax: (212) 979-0251

20 Nassau Street – Suite 211
Princeton, New Jersey 08542
Tel: (609) 688-8330
Fax: (609) 688-8331

May 12, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5.15.06

_Via Telecopier (212) 805-6382_
Honorable Victor Marrero
United States District Judge
Southern District of New York
40 Centre Street – Suite 414
New York, New York 10007

Re:    Phoenix Bulk Carriers Ltd. vs. Kremikovtzi Trade
       _Civil Action No.: 05-CV-9559 (VM)_

       Fino Marine S.A. et al. vs. Kremikovtzi Trade Ltd.
       and Kremikovtzi Corporation
       _Civil Action No.: 05-CV-10320 (VM)_

       D'Amato Fratelli SPA vs. Kremikovtzi Trade
       _Civil Action No.: 05-CV-10585 (VM)_

Dear Judge Marrero:

        We represent GSHL Bulgaria S.A., which has made a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims in each of the three referenced actions pending before Your Honor.    We write to respectfully request that the three actions be consolidated.

        In each of the three actions, the respective plaintiff asserts claims against Kremikovtzi Trade and, in the _Fino_ case (05-CV-10320), also against Kremikovtzi Corporation.

May 12, 2006
Page 2

In each case, this Court issued an order for the issuance of a Process of Maritime Attachment and Garnishment (PMAG) pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Each of the three plaintiffs served the PMAG on UBS AG Bank's New York branch. In response, UBS Bank has restrained $883,717.24 in funds purportedly belonging to the Defendant, Kremikovtzi Trade. As Your Honor may recall from the Phoenix Bulk case, however, we have submitted that our client, GSHL Bulgaria S.A., is the owner of the restrained funds, rather than Kremikovtzi Trade. It is our contention in all three cases that the attachments should be vacated and, moreover, that the refusal of each of the plaintiffs to consent to release of GSHL's funds is actionable.

The origin and ownership of the restrained funds is currently the subject of discovery in the Phoenix Bulk case. At the same time, counsel for Plaintiff in the D'Amato Fratelli action wrote to Your Honor on May 8, 2006 and indicated that he was preparing an application for a default judgment. To the extent that this application seeks enforcement against the restrained funds, GSHL objects to it.

Inasmuch as each of the three plaintiffs assert overlapping attachments against the restrained funds, the issue of the ownership of those funds is crucial to the resolution of each action. Rather than requiring the parties in each case to engage in duplicative discovery, and in order to avoid the possibility of conflicting decisions in the three actions, we respectfully request that Your Honor consolidate the three cases.

We are prepared to submit a formal motion, or appear for a pre-motion conference, should Your Honor so direct.

We thank the Court for its kind consideration of this request.

Respectfully submitted,

Simon Harter

Request GRANTED. A status conference herein is scheduled for 5-19-06 at 1:00 p.m. to review the request set forth above and SO ORDERED. the current posture of pretrial proceedings.

5-15-06

DATE                    VICTOR MARRERO, U.S.D.J.