UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

PHOENIX BULK CARRIERS LTD.,          :

             Plaintiff,          :

  -against-                          :     05 Civ. 9559 (VM)(HBP)

KREMIKOVTZI TRADE, a/k/a              :
"Kremikovtzi Trade Ltd.,"
                                   :
             Defendant.
                                   :
-----------------------------------X

FINO MARIN S.A., et al.,             :

             Plaintiffs,         :

  -against-                          :     05 Civ. 10320 (VM)(HBP)

KREMIKOVTZI TRADE, et al.,           :

             Defendants.         :

-----------------------------------X

D'AMATO FRATELLI SPA                 :

             Plaintiff,          :

  -against-                          :     05 Civ. 10585 (VM)(HBP)

KREMIKOVTZI TRADE, et al.,           :     ORDER

             Defendants.         :

-----------------------------------X

       PITMAN, United States Magistrate Judge:

       If any party objects to the application made by non-party garnishee UBS AG in its counsel's letter dated September 28, 2006 for an Order authorizing the deposit of the restrained

funds with the Clerk of the Court, such party is directed to deliver a written statement of its objections to my chambers no later than October 6, 2006. I shall assume that any party that does not file written objections by October 6, 2006 is not objecting to UBS AG's application.

Dated:  New York, New York
        October 2, 2006

                                        SO ORDERED

                                        _____
                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies transmitted to:

Peter J. Gutowski, Esq.
Freehill, Hogan & Mahar LLP
80 Pine Street
New York, New York 10005

Simon Harter, Esq.
11th Floor
304 Park Avenue South
New York, New York 10010

Keith W. Heard, Esq.
Burke & Parsons
100 Park Avenue
New York, New York  10017-5533

LeRoy Lambert, Esq.
Healy & Baillie, LLP (New York)
32nd Floor
61 Broadway, 32nd Floor
New York, New York  10006

Charles R. Jacob, III, Esq.
Miller & Wrubel P.C.
250 Park Avenue
New York, New York  10177-0699