Law Offices of
SIMON HARTER, Esq.
sharter@harterlaw.com

304 Park Avenue South – 11th Floor
New York, New York 10010
Tel: (212) 979-0250
Fax: (212) 979-0251

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-06
20 Nassau Street – Suite 211

Princeton, New Jersey 08542
Tel: (609) 688-8330
Fax: (609) 688-8331

October 12, 2006

*Via Telecopier (212) 805-6382*
Honorable Victor Marrero
United States District Judge
Southern District of New York
40 Centre Street – Suite 414
New York, New York 10007

      Re:   Phoenix Bulk Carriers Ltd. v. Kremikovtzi Trade
            Fino Marine S.A. *et al.* v. Kremikovtzi Trade *et al*
            D'Amato Fratelli SPA v. Kremikovtzi Trade
            Consolidated Civil Action No.: 05-CV-9559 (VM)(HP)

Dear Judge Marrero:

      We represent GSHL Bulgaria S.A. in the above matter. We write to

request a pre-motion conference for a motion to vacate the attachments effected

by each of the above plaintiffs of, to varying extents, $883, 717.24 in funds at UBS

Bank in New York which our client contends belong to it, rather than either of

the defendants in the above actions.

      As the Court may recall, Plaintiff, Phoenix Bulk Carriers Ltd., issued a

subpoena and subpoena duces tecum to The Bank of New York to investigate the

October 12, 2006
Page 2

factual circumstances surrounding the ownership and transfer of the attached funds. That, and other discovery, is ongoing.

The basis for GSHL Bulgaria S.A.'s requested motion, however, is purely a legal question: whether, in view of the recent comment by the Second Circuit in *Aqua Stoli Shipping, Ltd. v. Gardner Smith Pty, Ltd.*, 460 F.3d 434, 445 n.6 (2d Cir. 2006), funds present in an intermediary bank, such as UBS in this case, can be attached pursuant to Rule B.

Since the requested motion is potentially dispositive of these actions, we have directed this request to Your Honor, rather than Magistrate Judge Pitman.

We respectfully request that Your Honor advise whether the Court feels it necessary to convene a pre-motion conference to discuss this matter more fully, or if the Court prefers to proceed with the setting of a briefing schedule. For the Court's guidance, GSHL Bulgaria S.A. will be prepared to submit its initial motion papers by October 20th.

We thank the Court for its kind attention to this request.

Respectfully submitted,

Simon Harter

Request GRANTED. The next status/pre-motion conference herein is scheduled for 10-27-06 at 9:30a.m.

SO ORDERED.

10-13-06
DATE          VICTOR MARRERO, U.S.D.J.