BLANK ROME LLP
Attorneys for Plaintiff
D'AMATO FRATELLI SPA
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000
Jack A. Greenbaum (JG 0039)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BULK CARRIERS LTD., <br><br> Plaintiff, <br><br> -against-. <br><br> KREMIKOVTZI TRADE, ET AL., <br><br> Defendant. | |
| FINO MARINE S.A. ET AL <br><br> Plaintiff, <br><br> -against- <br><br> KREMIKOVTZI TRADE ET AL <br><br> Defendant. | |
| D'AMATO FRATELLI SPA <br><br> Plaintiff, <br><br> -against- <br><br> KREMIKOVTZI TRADE <br><br> Defendant. | 05 Civ. 09559 (VM) <br><br> **NOTICE OF CHANGE** <br> **OF FIRM AND ADDRESS** |

601411.00002/6491250v.1              1

PLEASE TAKE NOTICE THAT on October 1, 2006, Healy & Baillie, LLP combined with and the undersigned is now a member of Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York 10174-0208, telephone (212) 885-5000.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that copies of all future notices, pleadings and orders in this matter be sent to Blank Rome LLP.

Dated:   New York, New York
         October 20, 2006

                                    BLANK ROME LLP
                                    Attorneys for Plaintiff
                                    D'AMATO FRATELLI SPA

                                    By: _____
                                        Jack A. Greenbaum (JG 0039)

                                    The Chrysler Building
                                    405 Lexington Avenue
                                    New York, NY 10174-0208
                                    (212) 885-5000

601411.00002/6491250v.1                2