```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHOENIX BULK CARRIERS LTD.,

                  Plaintiff,              05 Civ 9559

   - against -                          **ORDER**

FINO MARINE S.A.,

                  Defendant.
------------------------------------------------------------X

**VICTOR MARRERO, United States District Judge.**

     By memo-endorsed Order dated April 25, 2007 the Court directed the Clerk of Court to place this action on the Court's Suspense Docket pending resolution of a related matter by the Second Circuit Court of Appeals. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of active open cases. Accordingly, it is hereby

     **ORDERED** that in accordance with the Court's Order of April 25, 2007 the Clerk of Court is directed to place this action on the Court's Suspense docket for the reasons set forth therein, and remove it from the Court's list of active pending cases.

**SO ORDERED.**

Dated:     New York, New York
             7 May 2007

                                                  VICTOR MARRERO
                                                      U.S.D.J.